UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOSHUA C. MAIO**<br><br>**Plaintiff,**<br><br>v.<br><br>**ROSSOFF & COMPANY, LLC, f/k/a MFR PARTNERS, LLC**<br><br>**Defendant.** | Case No. 1:12-cv-08575-GBD<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    I, Alexis Scott Berkowitz, certify that I am admitted to practice in this Court. Please enter my appearance as counsel in the above-captioned case for Plaintiff Joshua C. Maio.

Dated: September 2, 2014                      Respectfully submitted,

                                                                  */s/ Alexis Scott Berkowitz*
                                                             Alexis Scott Berkowitz
                                                             aberkowitz@lawcrt.com
                                                             CRISCIONE, RAVALA & TABATCHOUK, LLP
                                                             ATTORNEY FOR PLAINTIFF
                                                             90 PARK AVENUE, SUITE 1700
                                                             NEW YORK, NEW YORK 10016

                                                             *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Alexis Scott Berkowitz, hereby certify that on September 2, 2014, I caused the foregoing **NOTICE OF APPEARANCE** to be filed electronically in the above-captioned action via the Court's CM/ECF system, which caused electronic copies to be served on all counsel of record.

      */s/ Alexis Scott Berkowitz*
      Alexis Scott Berkowitz